UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-cr-00517-HDM-LRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIAM MANUEL FRANCISCO, | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a motion to dismiss the indictment in this matter due to the defendant's recent passing on June 21, 2010. The motion (#33) is granted, and the indictment is hereby dismissed.

DATED: This 4th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

1